[No. 37398-6-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL
THOMAS NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01125-6, Larry E. McKeeman, J., entered August 24, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37464-8-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTIAN AARSTOL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00385-3, Michael F. Moynihan, J., entered October 2, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37492-3-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
B. NORWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-08004-7, R. Joseph Wesley, J., entered September 21, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37680-2-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A.
ZEDLER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-00899-7, Steven J. Mura, J., entered October 19, 1995. *Affirmed* by unpublished per curiam opinion.